*rung by Cathy N.*
*Receipt # 191645  09/27*

**RECEIVED**
**10 SEP 27 AM 9:40**
**U.S. BANKRUPTCY COURT**
**MINNEAPOLIS, MN**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

**DEBTOR:**   Cook, Brian Eugene
Cook, Jody Donna

**CHAPTER 7 BANKRUPTCY CASE NO: 09-42282**

Please check one:

_____ Unclaimed Dividends

__X__ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| CONSULTING RADIOLOGISTS LTD<br>1221 NICOLLET MALL, SUITE 600<br>MINNEAPOLIS, MN 55403-2444 | 1 | $34.57 | $1.60 |

Date: September 23, 2010

*/e/ Terri A. Running*
Terri A. Running, Trustee

Letter – Bankruptcy Court –
Unclaimed Dividends/Distribution
Less than $5